# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-13-00579-CR

_____

### IN RE STEPHEN LOUIS HARTMAN

**On Appeal from the County Court at Law No. 2**
**Orange County, Texas**
**Trial Cause No. E-105897**

### ORDER

Relator Stephen Louis Hartman filed a petition seeking a writ of mandamus to compel the trial court (a) to permit Hartman's attorney to listen to a portion of an audio recording which is the subject of this mandamus, (b) to tender the contested portion of the audio recording for this Court to review in consideration of his petition for writ of mandamus, or (c) to order the audio recording produced to Relator's attorney. This Court has reviewed the petition, responses filed thereto, the audio recording, and the record.

The trial court's ruling at issue in this mandamus was not reduced to writing, and the basis for the trial court's ruling is unclear from the record. Consequently, we abate the mandamus proceeding and direct the trial court to review the entire audio recording of May 28, 2013 from the 252nd District Court as reflected on the jump drive provided to this Court. The trial court shall then reduce its ruling to a written order. With respect to its ruling, we direct the trial court to enter findings and conclusions that explain the legal basis for its rulings, including, but not limited to, whether the withheld portion of the audio recording contains or does not contain exculpatory or impeachment evidence.

ORDER ENTERED February 6, 2014.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.